*Monday, February 5, 2001*

## MOTION DOCKET

**00-2244. State ex rel. Chesney v. Lisbon.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On January 23, 2001, the Bureau of Alcohol, Tobacco and Firearms and the Federal Bureau of Investigation, respondents in this case, filed a Notice of Filing of Removal to the United States District Court for the Northern District of Ohio, Eastern Division. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that proceedings in this case be stayed pending further order of this court.

## MISCELLANEOUS DISMISSALS

**99-1240. Ameritech Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 97-1557-TP-CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

IT IS FURTHER ORDERED that the appellee recover from the appellant its costs herein expended; and that a mandate be sent to the Public Utilities Commission of Ohio to carry this judgment into execution; and that a copy of this entry be certified to the Public Utilities Commission of Ohio for entry.

**00-672. State ex rel. Goldstein v. Indus. Comm.**
Franklin App. No. 99AP-467. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the application for dismissal by appellant Industrial Commission of Ohio,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

IT IS FURTHER ORDERED that the appellee recover from the appellants its costs herein expended; and that a mandate be sent to the Court of Appeals for Franklin County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Franklin County for entry.

*Wednesday, February 7, 2001*

## MERIT DOCKET

**00-2153. State ex rel. Bair v. Fifth Dist. Court of Appeals.**
In Mandamus. On complaint in mandamus by Jonathan D. Bair. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00-2188. State ex rel. Jennings v. Hamilton Cty. Court of Common Pleas.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00-2243. State ex rel. Byrd v. Gaul.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.